IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD DWIGHT EADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00767 |
| ) | Judge Trauger |
| MESILLA VALLEY TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 17, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 21) is GRANTED IN PART. This case is DISMISSED WITHOUT PREJUDICE in favor of the plaintiff's pursuing his claims in arbitration.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge